**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 96-6790**

-----

JOHN HENRY WEST,

Plaintiff - Appellant,

versus

D. A. BASS, Acting Personnel Director; P. A.
TERRANGI; CORRECTIONAL OFFICER ELEY; MR.
MOHEAD,

Defendants - Appellees.

-----

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-96-511)

-----

Submitted:  October 31, 1996      Decided:  September 29, 1997

-----

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

-----

Affirmed by unpublished per curiam opinion.

-----

John Henry West, Appellant Pro Se.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the dismissal substantially on the reasoning of the district court. West v. Bass, No. CA-96-511 (E.D. Va. Apr. 20, 1996). In addition, we note that Appellant's claim that a female correctional officer saw him while he was urinating was properly dismissed for failure to allege any routine or regular invasion of his privacy. See Strickler v. Waters, 989 F.2d 1375, 1387-88 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED